MINUTE ENTRY
ROBERT G. JAMES
U.S. DISTRICT JUDGE
June 8, 2007

RECEIVED
IN MONROE, LA
JUN 8 - 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION NO. 07-0954 |
| VERSUS | JUDGE ROBERT G. JAMES |
| RICHARD N. LEWIS, ET AL. | MAG. JUDGE KAREN L. HAYES |

\* \* \* \*

Pursuant to 28 U.S.C. § 455, Judge Robert G. James disqualifies himself from participating in the above-captioned matter. Accordingly, this case is referred to Chief Judge Richard T. Haik for reassignment. The undersigned recommends that the case be reassigned to Judge Dee D. Drell of the Alexandria Division because of its relation to Richard N. Lewis, et al. v. Caroline Lewis Hunt, et al., Civil Action No. 03-2118.

RGJ